IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANESSA WEREKO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 23-CV-651 |
| v. ) | |
| ) | Honorable Marth M. Pacold |
| WESTWARD360, *et al*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ANDREW GIRARD'S MOTION TO DISMISS PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(b)(6)**

NOW COMES Defendant, ANDREW GIRARD ("Girard"), by and through his attorneys, Tribler, Orpett & Meyer, P.C., and hereby moves for dismissal of Plaintiff Vanessa Wereko's complaint, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for dismissal are more fully set forth in Girard's Memorandum in Support of Motion to Dismiss, which is incorporated herein by reference. Such grounds include:

1. **The *Rooker-Feldman* doctrine** bars federal re-litigation of this claim which is "inextricably intertwined" with a state court judgment.

2. **Abstention.** Granting a federal forum to Plaintiff would intrude upon the independence of the Illinois state courts and their ability to resolve the case before them.

3. **Exclusive Jurisdiction.** The Illinois Human Rights Commission has exclusion jurisdiction over Plaintiff's claims under the Illinois Human Rights Act.

4. ***Res judicata*** bars Plaintiff's claims given the final judgment entered in the Illinois state court system.

5. **Collateral Estoppel** bars Plaintiff's claims as the issues raised in her complaint were decided in the prior state court action.

6. **Statute of Limitations.** Plaintiff's FDCPA claims are barred by the 1-year statute of limitations.

7. **Failure to State a Claim.** Plaintiff's FHA and § 1983 claims are implausible on their face.

Further, Defendant Andrew Girard requests that Plaintiff's prayer for injunctive relief be denied as Plaintiff has no likelihood of success on the merits of her claims.

Respectfully submitted,

*s/ William B. Oberts*
William B. Oberts – ARDC #6244723
Tribler, Orpett & Meyer, P.C.
255 W. Washington St., Suite 2550
Chicago, IL 60606
(312) 201-6400
wboberts@tribler.com
*Attorneys for Andrew Girard*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **defendant, Andrew Girard's Motion to Dismiss Pursuant to Federal Rules Of Civil Procedure 12(b)(1) and 12(b)(6)** was served upon:

***Attorney for Plaintiff (Pro Se)***
Vanessa Wereko
P.O. Box 5035
Vernon Hills, IL 60061
werekovb@me.com

***Attorneys for James R. Wright, E. Kenneth Wright, Jr., Christ Stacey, Matthias Delort, Maureen Connors, Leroy K. Martin, Jr., Jesse G. Reyes, James L. Bennett, Angela Wagner***
Tanya K. Bouley
Office of the Illinois Attorney General
100 W. Randolph St. – 13th Floor
Chicago, IL 60601
(312) 814-3000
Tanya.bouley@ilag.gov

***Attorneys for Gretchen L. Peterson***
Edward M. Brener
Cook County State's Attorney
Civil Litigation Bureau
50 W. Washington – 5th Floor
Chicago, IL 60602
(312) 603-5971
Edward.brener@cookcountyil.gov

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on March 28, 2023,, with proper postage prepaid.

                                                             s/ William B. Oberts
                                                             an Attorney