# Exhibit A

FILED
1/2/2020 12:04 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

7911683

FILED DATE: 1/2/2020 12:04 PM  20201700013

# IN THE CIRCUIT COURT OF COOK COUNTY
## MUNICIPAL DEPARTMENT – FIRST DISTRICT

| | | |
|---|---|---|
| Greenview Gardens Condominium Association, an Illinois not-for-profit corporation, | ) ) ) | No.  20201700013 |
| Plaintiff, | ) ) ) | Action for Possession and Judgment for Unpaid Common Expenses |
| v. | ) ) ) ) | Amount Claimed: $4,176.38 plus |
| Vanessa Wereko and ALL UNKNOWN OCCUPANTS, | ) ) ) | interest, after-accruing assessments, attorneys' fees, and costs. |
| Defendants. | ) | Return Date: January 23, 2020 |

Return Date: 1/23/2020

Courtroom Number: 1302

---

### NOTICE
THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

---

## VERIFIFED COMPLAINT FOR POSSESSION OF
## CONDOMINIUM UNIT AND ASSESSMENTS

NOW COMES Plaintiff, Greenview Gardens Condominium Association, an Illinois not-for-profit corporation, by and through its attorneys, The Girard Law Group, P.C. as and for its Verified Complaint against Defendants, Vanessa Wereko and Unknown Occupants (hereinafter collectively referred to as "Defendants"), states in support as follows:

1.    Plaintiff is an Illinois not-for-profit corporation having its principal office in Chicago, Illinois. Plaintiff is, and was at all times herein relevant, an agency for the purpose of maintaining and administering the community and recreational facilities, enforcing the covenants and restrictions, and collecting and disbursing the assessments for the common properties situated

**Exhibit A**

FILED DATE: 1/2/2020 12:04 PM   20201700013

on a certain parcel of real estate in the City of Chicago, Illinois, commonly known as 7639 N. Greenview Ave., Unit 1E, Chicago, Illinois 60626.

2.      Plaintiff was incorporated under the laws of the State of Illinois as a not-for-profit corporation and was granted the authority to administer the common properties set forth in paragraph 1 of this Complaint pursuant to the Declaration of Condominium Ownership for Plaintiff ("Declaration") as recorded with the Office of the Recorder of Deeds of Cook County, Illinois.

3.      Pursuant to Sections 9-102 and 9-104.1 of the Illinois code of Civil Procedure, 735 ILCS 5/9-102 and 5/9-104.1, plaintiff has the legal right to utilize the remedy of Forcible Entry and Detainer in order to collect the forgoing unpaid assessments and plaintiff sent or caused to be sent to Defendants a Notice and Demand for Possession dated November 22, 2019, by certified mail with return receipt requested to the last known address of the defendants.  A copy of the Demand is attached hereto as Plaintiff's Exhibit "A" and made a part hereof.

4.      Section 9-111 of the Illinois Code of Civil Procedure, 735 ILCS 5/9-111, further provides that defendants shall be responsible for payment of plaintiff's costs, late charges, interest and reasonable attorney's fees incurred in the bringing of this action.

5.      Defendant is and was at all times herein relevant, the legal owner in fee simple of certain real estate located in Cook County, Illinois ("Unit") more particularly described as follows:

## LEGAL DESCRIPTION

Parcel 1: UNIT 7639-1E IN THE GREENVIEW GARDENS CONDOMINIUMS AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE: LOTS 74 AND 75 IN GERMANIA ADDITION TO EVANSTON, A SUBDIVISION OF BLOCKS 2 AND 3 OF BRYERS LAKESHORE ADDITION TO EVANSTON AND THAT PART OF THE NORTHWEST QUARER OF SECTION 29, TOWNSHIP 41 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING NORTH OF INDIAN BOUNDARY LINE AND SOUTH AND WEST OF BLOCK 2 AND 3, WHICH SURVEY IS ATTACHED AS EXHIBI A TO THE DECLARATION OF CONDOINIUM

FILED DATE: 1/2/2020 12:04 PM   20201700013

RECORDED AS DOCUMENT NUMBER 0514403035, AND AS AMENDED, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS, ALL IN COOK COUNTY, ILLINOIS.

PARCEL 2: THE (EXCLUSIVE) RIGHT TO USE OF S-8, A LIMITED COMMON ELEMENT, AS DELINEATED ON THE SURVEY ATTACHED O THE DECLARATION AFORESAID RECORDED AS DOCUMENT NUMBER 0514403035.

P.I.N. 11-29-107-038-1026

Commonly Known as: 7639 N. Greenview Ave., Unit 1E, Chicago, Illinois 60626

6.      There is due to Plaintiff from Vanessa Wereko for delinquent condominium assessments for the period ending January 2, 2020, after deducting payments made to date by Vanessa Wereko, the sum of $4,176.38 plus interest, reasonable attorneys' fees and costs. A copy of the Defendant's statement is attached hereto as Plaintiff's Exhibit "B" and made a part hereof. Said amounts are inclusive up to the date of filing this action, but not including the attorneys' fees, filing fee and service fee for this action.

7.      Monthly assessments of $231.78 continue to accrue against Vanessa Wereko.

8.      Despite Plaintiff's demand upon Defendant, Defendant has failed and refused and continues to fail and refuse to pay to plaintiff the aforementioned amounts. Pursuant to Section 9-111 of the Illinois Code of Civil Procedure, 735 ILCS 5/9-111, Plaintiff is entitled to possession of the unit.

9.      Defendant unlawfully withholds possession from plaintiff.

WHEREFORE, Plaintiff, Greenview Gardens Condominium Association, requests this Honorable Court enter a judgment in its favor and against Defendants Vanessa Wereko and ALL UNKNOWN OCCUPANTS as follows:

a. For possession of 7639 N. Greenview Ave., Unit 1E, Chicago, Illinois 60626 as against Defendants Vanessa Wereko and ALL UNKNOWN OCCUPANTS;

b. For a judgment for unpaid common expenses, including late charges, interest and fines in the sum of $4,176.38, PLUS any and all assessments, late charges, interest and fines which accrue subsequent to the filing of this action and remain unpaid to date on the account of 7639 N. Greenview Ave., Unit 1E, Chicago, Illinois 60626.

c. For an award of court costs and reasonable attorney's fees/costs in the amount sought and proven at the trial of this cause and awarded by the court as an additional judgment.

d. For an order directing defendants' tenant (if any) to pay rent directly to the plaintiff to satisfy this judgment order.

e. For such further relief as the Court deems appropriate.

Respectfully Submitted,
Greenview Gardens Condominium Association

_____
Mary A. Johnston, One of its Attorneys

THE GIRARD LAW GROUP, P.C.
Mary A. Johnston
4311 N. Ravenswood #202
Chicago, IL 60613
(773) 598-4201
#44066

STATE OF ILLINOIS )
)SS.
COUNTY OF COOK )

## VERIFICATION BY CERTIFICATION

Under penalties of perjury as provided by law pursuant to the Illinois Revised Statutes Chapter 735 ILCS Section 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

By: _CCuellette /W360_

Greenview Gardens Condominium Association
Cory Ouellette – Its Agent

SUBSCRIBED and SWORN to before me
this _2_ day of _January_, 2019 2020

_Samantha Ortman_
N O T A R Y   P U B L I C

SAMANTHA ORTMAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 8, 2023

Prepared By:

THE GIRARD LAW GROUP, P.C.
Mary A. Johnston
4311 N. Ravenswood #202
Chicago, IL 60613
(773) 598-4201
#44066

FILED DATE: 1/2/2020 12:04 PM   202017000013

# EXHIBIT A

## NOTICE AND DEMAND FOR POSSESSION
Pursuant to Sec. 9-102 et seq. of the Illinois Code of Civil Procedure

DATE:   November 22, 2019

| | | |
|---|---|---|
| Vanessa Wereko | Unknown Occupants | Vanessa Wereko |
| 7639 N. Greenview Ave., | 7639 N. Greenview Ave. | Flat 6 Bloomsburg Mansions |
| #1E | #1E | 1316 Russell Square |
| Chicago, Illinois 60626 | Chicago, IL 60626 | London Wcib 5Er, 1 |

---

**NOTICE**
**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

---

RE:   **Greenview Gardens Condominium Association**
**7639 N. Greenview Ave., #1E, Chicago, IL 60626**

You are hereby notified that you are in default in the payment of your proportionate share of the common expenses as that term is defined in the provisions of the Declaration of Condominium Ownership and By-Laws for the **Greenview Gardens Condominium Association** The amount in default originally became due and owing on August 30, 2015 and consists of the following:

| | |
|---|---|
| Amount claimed through November 22, 2019 | $4,101.38 |
| Fees for preparation of Demand* | $200.00 |
| Costs | $45.00 |
| TOTAL | **$4,346.38** |

*Additional attorneys' fees to be fixed by the Court.

The premises are situated in the City of **Chicago**, County of **Cook**, Illinois, and are commonly known as: 7639 N. Greenview Ave., #1E, Chicago, IL 60626.

In order to bring your account current, you must submit the amount of **$4,346.38 in certified funds (cashier's check or money order).** This amount will increase with accruing late charges and your next monthly assessment. Should you not choose to pay any of these charges, including the legal fees, they must be adjudicated in a court of law in accordance with 765 ILC 605/9(g)(1) and 735 ILCS 5/9-111.

THIS IS YOUR NOTICE THAT PAYMENT IN FULL OF THE AMOUNT STATED ABOVE IS DEMANDED OF YOU, AND THAT UNLESS YOUR PAYMENT OF THE FULL AMOUNT IS MADE IN CERTIFIED FUNDS (CASHIER'S CHECK OR MONEY ORDER) ON OR BEFORE THE EXPIRATION OF THE THIRTY (30) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE IS DEEMED EFFECTIVE UNDER STATE LAW, THE ASSOCIATION THROUGH MY OFFICE MAY INSTITUTE AN ACTION TO TERMINATE YOUR RIGHT TO POSSESSION OF THE PREMISES. **YOUR PAYMENT OF THE FULL AMOUNT MUST BE MADE PAYABLE TO "GREENVIEW GARDENS CONDOMINIUM ASSOCIATION" AND SENT TO WESTWARD360, INC. 4311 N. RAVENSWOOD, SUITE 201, CHICAGO, ILLINOIS 60613.** PAYMENT MAY BE MAILED OR ACCEPTED IN PERSON 9:00 A.M. TO 5:00 P.M., MONDAY THROUGH FRIDAY. ONLY FULL PAYMENT OF ALL AMOUNTS DEMANDED IN THIS NOTICE WILL INVALIDATE THE DEMAND, UNLESS THE PARTY CLAIMING POSSESSION, OR HIS OR HER OR ITS AGENT OR ATTORNEY, AGREES IN WRITING TO WITHDRAW THE DEMAND IN EXCHANGE FOR RECEIVING PARTIAL PAYMENTS.

FEDERAL LAW GIVES YOU THIRTY DAYS AFTER YOU RECEIVE THIS LETTER TO DISPUTE THE VALIDITY OF THE DEBT OR ANY PART OF IT. IF YOU DON'T DISPUTE IT WITHIN THAT PERIOD, WE'LL ASSUME THAT THE DEBT IS VALID. IF YOU DO DISPUTE

FILED DATE: 1/2/2020 12:04 PM 20201700013

THE DEBT, WE WILL FURNISH YOU WITH THE NAME AND ADDRESS OF YOUR ORIGINAL CREDITOR, IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CURRENT CREDITOR. IF YOU REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY-DAY PERIOD THAT BEGINS WITH YOUR RECEIPT OF THIS DEMAND, THE LAW REQUIRES ME TO SUSPEND MY EFFORTS (THROUGH LITIGATION OR OTHERWISE) TO COLLECT THE DEBT UNTIL I MAIL THE REQUESTED INFORMATION TO YOU.

---

**NOTICE**
**ONLY FULL PAYMENT OF ALL AMOUNTS DEMANDED IN THIS NOTICE WILL INVALIDATE THE DEMAND, UNLESS THE PERSON CLAIMING POSSESSION, OR HIS AGENT OR ATTORNEY, AGREES IN WRITING TO WITHDRAW THE DEMAND IN EXCHANGE FOR RECEIVING PARTIAL PAYMENT**

---

If you need to contact this office to discuss this matter, you may call **(800) 901-5431.** The above stated amount will increase on the first day of each month with the levy of future assessments, late fees, costs and fees of collection, all of which must be satisfied in addition to the forgoing. Pursuant to the Declaration of and/or rules and regulations for the Association, you will also be responsible for the payment of all late charges and fees and costs incurred by the Association.

The Board of Managers of the Greenview Gardens Condominium Association

By: *COuellette / W360*

Cory Ouellette, its Agent

### CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath deposes and says that (s)he mailed a copy of the forgoing Notice and Demand for Possession by enclosing the same in an envelope addressed to the above at the address above, and deposited same in the U.S. Mail at Chicago, Illinois, certified mail, return receipt requested and a copy by regular mail, before 5:30 p.m. on the date above, with proper postage.

SUBSCRIBED and SWORN to before me
This _22_ day of _November_ 2019

Notary Public

cc: Certified and Regular Mail

**JOHN G POWERS**
**Official Seal**
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

**NOTICE**
**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

DEMAND FOR POSSESSION

DATE:   November 22, 2019

Vanessa Wereko                  Unknown Occupants              Vanessa Wereko
7639 N. Greenview Ave.,         7639 N. Greenview Ave.         Flat 6 Bloomsburg Mansions
#1E                             #1E                            1316 Russell Square
Chicago, Illinois 60626         Chicago, IL 60626              London Wcib 5Er, 1

UPON EXPIRATION OF THE ATTACHED NOTICE, THE SUBJECT HEREBY DEMANDS POSSESSION OF THE FOLLOWING
DESCRIBED PREMISES AT:

7639 N. Greenview Ave., #1E, Chicago, Illinois 60626

The Board of Managers of the Greenview Gardens
Condominium Association

By: _COuellette / W360_____
Cory Ouellette, its Agent

CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath deposes and says that (s)he mailed a copy of the forgoing Notice and
Demand for Possession by enclosing the same in an envelope addressed to the above at the address above, and deposited
same in the U.S. Mail at Chicago, Illinois, certified mail, return receipt requested and a copy by regular mail, before 5:30
p.m. on the date above, with proper postage.

_Samantha Oldman_

SUBSCRIBED and SWORN to before me
This _22_ day of _November_, 2019

_____
Notary Public

cc: Certified and Regular Mail

JOHN G POWERS
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

**NOTICE**
**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE**

# Statement

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 12/1/2019 | 11/21/2019 |

Vanessa Wereko
7639 N Greenview Ave - 1E
Chicago, IL 60626

| Previous Balance | Balance Due |
|---|---|
| $0.00 | $4,101.38 |



Account number 00279221
Greenview Gardens - 7639-1E

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 8/30/2015 | Balance per previous management | $367.95 | | $367.95 |
| 9/1/2015 | Association fees | $182.50 | | $550.45 |
| 9/1/2015 | Roof & Gutters | $71.75 | | $622.20 |
| 10/1/2015 | Association fees | $182.50 | | $804.70 |
| 10/1/2015 | Roof & Gutters | $71.75 | | $876.45 |
| 10/6/2015 | Payment (Check #0089154933) | | $500.00 | $376.45 |
| 11/1/2015 | Association fees | $182.50 | | $558.95 |
| 11/1/2015 | Roof & Gutters | $71.75 | | $630.70 |
| 12/1/2015 | Association fees | $182.50 | | $813.20 |
| 12/1/2015 | Roof & Gutters | $71.75 | | $884.95 |
| 12/2/2015 | Payment (Check #6531307) | | $260.00 | $624.95 |
| 1/1/2016 | Roof & Gutters | $71.75 | | $696.70 |
| 1/1/2016 | Charge | $182.57 | | $879.27 |
| 1/4/2016 | Payment (Check #0016291771) | | $260.00 | $619.27 |
| 1/29/2016 | Payment (Check #0036615464) | | $360.00 | $259.27 |
| 2/1/2016 | Association fees | $182.57 | | $441.84 |
| 2/1/2016 | Roof & Gutters | $71.75 | | $513.59 |
| 2/2/2016 | Payment (Check #1199) | | $30.00 | $483.59 |
| 3/1/2016 | Association fees | $182.57 | | $666.16 |
| 3/1/2016 | Roof & Gutters | $71.75 | | $737.91 |
| 3/1/2016 | Payment (Check #45611945) | | $360.00 | $377.91 |
| 4/1/2016 | Association fees | $182.57 | | $560.48 |
| 4/1/2016 | Roof & Gutters | $71.75 | | $632.23 |
| 4/1/2016 | Property Tax Appeal Assessment | $152.87 | | $785.10 |
| 4/6/2016 | Payment (Check #0055509490) | | $260.00 | $525.10 |
| 4/29/2016 | Payment (Check #0064076534) | | $260.00 | $265.10 |

FILED DATE: 1/2/2020 12:04 PM 20201700013

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 12/1/2019 | 11/21/2019 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 5/1/2016 | Association fees | $182.57 | | $447.67 |
| 5/1/2016 | Roof & Gutters | $71.75 | | $519.42 |
| 6/1/2016 | Association fees | $182.57 | | $701.99 |
| 6/1/2016 | Roof & Gutters | $71.75 | | $773.74 |
| 6/1/2016 | Payment (Check #0073689319) | | $260.00 | $513.74 |
| 6/17/2016 | Fine - Noxious Odors | $100.00 | | $613.74 |
| 7/1/2016 | Association fees | $182.57 | | $796.31 |
| 7/1/2016 | Roof & Gutters | $71.75 | | $868.06 |
| 7/6/2016 | Payment (Check #0083369878) | | $260.00 | $608.06 |
| 8/1/2016 | Association fees | $182.57 | | $790.63 |
| 8/1/2016 | Roof & Gutters | $71.75 | | $862.38 |
| 8/1/2016 | Payment (Check #92265248) | | $260.00 | $602.38 |
| 8/12/2016 | Tenant Move In Fee | $200.00 | | $802.38 |
| 8/12/2016 | Payment by Brandon Mason (Check #122) | | $200.00 | $602.38 |
| 8/18/2016 | Tract search and collections prep | $245.00 | | $847.38 |
| 9/1/2016 | Association fees | $182.57 | | $1,029.95 |
| 9/1/2016 | Roof & Gutters | $71.75 | | $1,101.70 |
| 9/1/2016 | Payment (Check #1512776) | | $260.00 | $841.70 |
| 10/1/2016 | Association fees | $182.57 | | $1,024.27 |
| 10/1/2016 | Roof & Gutters | $71.75 | | $1,096.02 |
| 11/1/2016 | Association fees | $182.57 | | $1,278.59 |
| 11/1/2016 | Roof & Gutters | $71.75 | | $1,350.34 |
| 11/1/2016 | Payment (Check #20497285) | | $260.00 | $1,090.34 |
| 11/16/2016 | Pet Fee | $100.00 | | $1,190.34 |
| 11/23/2016 | Charge for keys | $25.00 | | $1,215.34 |
| 11/23/2016 | Payment for key (Check #125) | | $25.00 | $1,190.34 |
| 12/1/2016 | Association fees | $182.57 | | $1,372.91 |
| 12/1/2016 | Roof & Gutters | $71.75 | | $1,444.66 |
| 12/1/2016 | Payment (Check #39129612) | | $400.00 | $1,044.66 |
| 1/1/2017 | Association fees | $195.35 | | $1,240.01 |
| 1/1/2017 | Roof & Gutters | $71.75 | | $1,311.76 |
| 1/3/2017 | Payment (Check #47811068) | | $260.00 | $1,051.76 |
| 2/1/2017 | Association fees | $195.35 | | $1,247.11 |
| 2/1/2017 | Roof & Gutters | $71.75 | | $1,318.86 |
| 2/1/2017 | Payment (Check #57217653) | | $285.00 | $1,033.86 |

FILED DATE: 1/2/2020 12:04 PM   2020170000013

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 12/1/2019 | 11/21/2019 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 2/28/2017 | Payment (Check #65571162) | | $285.00 | $748.86 |
| 3/1/2017 | Association fees | $195.35 | | $944.21 |
| 3/1/2017 | Roof & Gutters | $71.75 | | $1,015.96 |
| 3/31/2017 | Payment (Check #74822272) | | $285.00 | $730.96 |
| 4/1/2017 | Association fees | $195.35 | | $926.31 |
| 4/1/2017 | Roof & Gutters | $71.75 | | $998.06 |
| 4/27/2017 | Alexander Ghattas (Tenant Move In) 5/1/17 NR | $200.00 | | $1,198.06 |
| 4/28/2017 | Payment (Check #83722040) | | $285.00 | $913.06 |
| 5/1/2017 | Association fees | $195.35 | | $1,108.41 |
| 5/1/2017 | Roof & Gutters | $71.75 | | $1,180.16 |
| 5/2/2017 | Payment (Check #224) | | $200.00 | $980.16 |
| 5/30/2017 | Payment (Check #92663348) | | $285.00 | $695.16 |
| 6/1/2017 | Association fees | $195.35 | | $890.51 |
| 6/1/2017 | Roof & Gutters | $71.75 | | $962.26 |
| 7/1/2017 | Association fees | $195.35 | | $1,157.61 |
| 7/1/2017 | Roof & Gutters | $71.75 | | $1,229.36 |
| 7/3/2017 | Payment (Check #1600087) | | $285.00 | $944.36 |
| 8/1/2017 | Association fees | $195.35 | | $1,139.71 |
| 8/1/2017 | Roof & Gutters | $71.75 | | $1,211.46 |
| 8/2/2017 | Payment (Check #10807952) | | $285.00 | $926.46 |
| 9/1/2017 | Association fees | $195.35 | | $1,121.81 |
| 9/1/2017 | Roof & Gutters | $71.75 | | $1,193.56 |
| 9/5/2017 | Payment (Check #20163003) | | $285.00 | $908.56 |
| 10/1/2017 | Association fees | $195.35 | | $1,103.91 |
| 10/1/2017 | Roof & Gutters | $71.75 | | $1,175.66 |
| 10/4/2017 | Payment by Vanessa Wereko | | $285.00 | $890.66 |
| 10/10/2017 | Payment (Check #36006266) | | $300.00 | $590.66 |
| 11/1/2017 | Association fees | $195.35 | | $786.01 |
| 11/1/2017 | Roof & Gutters | $71.75 | | $857.76 |
| 11/3/2017 | Payment by Vanessa Wereko | | $285.00 | $572.76 |
| 11/8/2017 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: Payment by Vanessa Wereko | $285.00 | | $857.76 |
| 12/1/2017 | Association fees | $195.35 | | $1,053.11 |
| 12/1/2017 | Roof & Gutters | $71.75 | | $1,124.86 |
| 12/3/2017 | Payment by Vanessa Wereko | | $285.00 | $839.86 |

FILED DATE: 1/2/2020 12:04 PM   20201700013

# Statement

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 12/1/2019 | 11/21/2019 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 1/1/2018 | Association fees | $205.12 | | $1,044.98 |
| 1/1/2018 | Roof & Gutters | $71.75 | | $1,116.73 |
| 1/3/2018 | Payment by Vanessa Wereko | | $285.00 | $831.73 |
| 2/1/2018 | Association fees | $205.12 | | $1,036.85 |
| 2/1/2018 | Roof & Gutters | $71.75 | | $1,108.60 |
| 2/3/2018 | Payment by Vanessa Wereko | | $285.00 | $823.60 |
| 2/8/2018 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: Payment by Vanessa Wereko | $285.00 | | $1,108.60 |
| 3/1/2018 | Association fees | $205.12 | | $1,313.72 |
| 3/1/2018 | Roof & Gutters | $71.75 | | $1,385.47 |
| 3/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,100.47 |
| 4/1/2018 | Association fees | $205.12 | | $1,305.59 |
| 4/1/2018 | Roof & Gutters | $71.75 | | $1,377.34 |
| 4/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,092.34 |
| 5/1/2018 | Association fees | $205.12 | | $1,297.46 |
| 5/1/2018 | Roof & Gutters | $71.75 | | $1,369.21 |
| 5/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,084.21 |
| 6/1/2018 | Association fees | $205.12 | | $1,289.33 |
| 6/1/2018 | Roof & Gutters | $71.75 | | $1,361.08 |
| 6/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,076.08 |
| 6/7/2018 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: Payment by Vanessa Wereko | $285.00 | | $1,361.08 |
| 6/25/2018 | Tract Search & Collections Prep | $245.00 | | $1,606.08 |
| 6/27/2018 | Payment (Check #11352083) | | $285.00 | $1,321.08 |
| 7/1/2018 | Association fees | $205.12 | | $1,526.20 |
| 7/1/2018 | Roof & Gutters | $71.75 | | $1,597.95 |
| 7/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,312.95 |
| 7/15/2018 | Late fee | $25.00 | | $1,337.95 |
| 7/31/2018 | 8/11/2018 - Betsy Melin & Jenna Marcel move in (Tenant) | $200.00 | | $1,537.95 |
| 8/1/2018 | Association fees | $205.12 | | $1,743.07 |
| 8/1/2018 | Roof & Gutters | $71.75 | | $1,814.82 |
| 8/8/2018 | 8/11/2018 Betsy Melin & Jenna Marcel move in (Tenant) - NR (Check #4298503692) | | $200.00 | $1,614.82 |
| 8/10/2018 | Key/Fob Charge | $50.00 | | $1,664.82 |
| 8/29/2018 | Payment (Check #28519408) | | $285.00 | $1,379.82 |

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 12/1/2019 | 11/21/2019 |

FILED DATE: 1/2/2020 12:04 PM   20201700013

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 9/1/2018 | Association fees | $205.12 | | $1,584.94 |
| 9/1/2018 | Roof & Gutters | $71.75 | | $1,656.69 |
| 9/15/2018 | Late fee | $25.00 | | $1,681.69 |
| 10/1/2018 | Association fees | $205.12 | | $1,886.81 |
| 10/1/2018 | Roof & Gutters | $71.75 | | $1,958.56 |
| 10/15/2018 | Late fee | $25.00 | | $1,983.56 |
| 11/1/2018 | Association fees | $205.12 | | $2,188.68 |
| 11/1/2018 | Roof & Gutters | $71.75 | | $2,260.43 |
| 11/15/2018 | Late fee | $25.00 | | $2,285.43 |
| 11/27/2018 | Payment (Check #56482816) | | $285.00 | $2,000.43 |
| 12/1/2018 | Association fees | $205.12 | | $2,205.55 |
| 12/1/2018 | Roof & Gutters | $71.75 | | $2,277.30 |
| 12/12/2018 | Payment (Check #63760269) | | $290.00 | $1,987.30 |
| 12/15/2018 | Late fee | $25.00 | | $2,012.30 |
| 1/1/2019 | Association fees | $205.12 | | $2,217.42 |
| 1/1/2019 | Roof & Gutters | $71.75 | | $2,289.17 |
| 1/15/2019 | Late fee | $25.00 | | $2,314.17 |
| 1/22/2019 | Payment (Check #73486003) | | $290.00 | $2,024.17 |
| 2/1/2019 | Association fees | $205.12 | | $2,229.29 |
| 2/1/2019 | Roof & Gutters | $71.75 | | $2,301.04 |
| 2/15/2019 | Late fee | $25.00 | | $2,326.04 |
| 2/26/2019 | Payment (Check #82750198) | | $285.00 | $2,041.04 |
| 3/1/2019 | Association fees | $205.12 | | $2,246.16 |
| 3/1/2019 | Roof & Gutters | $71.75 | | $2,317.91 |
| 3/15/2019 | Late fee | $25.00 | | $2,342.91 |
| 3/25/2019 | Payment (Check #90607825) | | $285.00 | $2,057.91 |
| 4/1/2019 | Association fees | $205.12 | | $2,263.03 |
| 4/1/2019 | Roof & Gutters | $71.75 | | $2,334.78 |
| 4/15/2019 | Late fee | $25.00 | | $2,359.78 |
| 4/23/2019 | Payment (Check #98305358) | | $285.00 | $2,074.78 |
| 5/1/2019 | Association fees | $205.12 | | $2,279.90 |
| 5/15/2019 | Late fee | $25.00 | | $2,304.90 |
| 6/1/2019 | Association fees | $231.78 | | $2,536.68 |
| 6/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $2,632.35 |
| 6/15/2019 | Late fee | $25.00 | | $2,657.35 |

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 12/1/2019 | 11/21/2019 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 7/1/2019 | Association fees | $231.78 | | $2,889.13 |
| 7/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $2,984.80 |
| 7/15/2019 | Late fee | $25.00 | | $3,009.80 |
| 7/25/2019 | Payment (Check #49489063) | | $350.00 | $2,659.80 |
| 7/31/2019 | 7/31/19*Tenant Betsy Melin*Move Out*NREF | $200.00 | | $2,859.80 |
| 8/1/2019 | Association fees | $231.78 | | $3,091.58 |
| 8/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $3,187.25 |
| 8/15/2019 | Late fee | $25.00 | | $3,212.25 |
| 8/26/2019 | 7/31/19*Tenant Betsy Melin*Move Out*NREF (Check #2012) | | $200.00 | $3,012.25 |
| 9/1/2019 | Association fees | $231.78 | | $3,244.03 |
| 9/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $3,339.70 |
| 9/15/2019 | Late fee | $25.00 | | $3,364.70 |
| 9/16/2019 | 9/15/19*Tenant Lindy Brewer*Move In*NREF move fee | $200.00 | | $3,564.70 |
| 9/16/2019 | Payment Liny Brewer (Check #6705110887) | | $200.00 | $3,364.70 |
| 9/16/2019 | New Tenant Processing Fee | $75.00 | | $3,439.70 |
| 9/16/2019 | Payment Lindy Brewer (Check #6705110888) | | $75.00 | $3,364.70 |
| 10/1/2019 | Association fees | $231.78 | | $3,596.48 |
| 10/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $3,692.15 |
| 10/15/2019 | Late fee | $25.00 | | $3,717.15 |
| 11/1/2019 | Association fees | $231.78 | | $3,948.93 |
| 11/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $4,044.60 |
| 11/15/2019 | Late fee | $25.00 | | $4,069.60 |
| 11/20/2019 | Payment (Check #80535163) | | $200.00 | $3,869.60 |
| 12/1/2019 | Association fees | $231.78 | | $4,101.38 |

FILED DATE: 1/2/2020 12:04 PM    20201700013

FILED DATE: 1/2/2020 12:04 PM  202017O0O013

# EXHIBIT B

# Statement

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 1/1/2020 | 1/2/2020 |

Page 1

Vanessa Wereko
7639 N Greenview Ave - 1E
Chicago, IL 60626

| Previous Balance | Balance Due |
|---|---|
| $0.00 | $4,408.16 |



Account number 00279221
Greenview Gardens - 7639-1E

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 8/30/2015 | Balance per previous management | $367.95 | | $367.95 |
| 9/1/2015 | Association fees | $182.50 | | $550.45 |
| 9/1/2015 | Roof & Gutters | $71.75 | | $622.20 |
| 10/1/2015 | Association fees | $182.50 | | $804.70 |
| 10/1/2015 | Roof & Gutters | $71.75 | | $876.45 |
| 10/6/2015 | Payment (Check #0089154933) | | $500.00 | $376.45 |
| 11/1/2015 | Association fees | $182.50 | | $558.95 |
| 11/1/2015 | Roof & Gutters | $71.75 | | $630.70 |
| 12/1/2015 | Association fees | $182.50 | | $813.20 |
| 12/1/2015 | Roof & Gutters | $71.75 | | $884.95 |
| 12/2/2015 | Payment (Check #6531307) | | $260.00 | $624.95 |
| 1/1/2016 | Roof & Gutters | $71.75 | | $696.70 |
| 1/1/2016 | Charge | $182.57 | | $879.27 |
| 1/4/2016 | Payment (Check #0016291771) | | $260.00 | $619.27 |
| 1/29/2016 | Payment (Check #0036615464) | | $360.00 | $259.27 |
| 2/1/2016 | Association fees | $182.57 | | $441.84 |
| 2/1/2016 | Roof & Gutters | $71.75 | | $513.59 |
| 2/2/2016 | Payment (Check #1199) | | $30.00 | $483.59 |
| 3/1/2016 | Association fees | $182.57 | | $666.16 |
| 3/1/2016 | Roof & Gutters | $71.75 | | $737.91 |
| 3/1/2016 | Payment (Check #45611945) | | $360.00 | $377.91 |
| 4/1/2016 | Association fees | $182.57 | | $560.48 |
| 4/1/2016 | Roof & Gutters | $71.75 | | $632.23 |
| 4/1/2016 | Property Tax Appeal Assessment | $152.87 | | $785.10 |
| 4/6/2016 | Payment (Check #0055509490) | | $260.00 | $525.10 |
| 4/29/2016 | Payment (Check #0064076534) | | $260.00 | $265.10 |

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 1/1/2020 | 1/2/2020 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 5/1/2016 | Association fees | $182.57 | | $447.67 |
| 5/1/2016 | Roof & Gutters | $71.75 | | $519.42 |
| 6/1/2016 | Association fees | $182.57 | | $701.99 |
| 6/1/2016 | Roof & Gutters | $71.75 | | $773.74 |
| 6/1/2016 | Payment (Check #0073689319) | | $260.00 | $513.74 |
| 6/17/2016 | Fine - Noxious Odors | $100.00 | | $613.74 |
| 7/1/2016 | Association fees | $182.57 | | $796.31 |
| 7/1/2016 | Roof & Gutters | $71.75 | | $868.06 |
| 7/6/2016 | Payment (Check #0083369878) | | $260.00 | $608.06 |
| 8/1/2016 | Association fees | $182.57 | | $790.63 |
| 8/1/2016 | Roof & Gutters | $71.75 | | $862.38 |
| 8/1/2016 | Payment (Check #92265248) | | $260.00 | $602.38 |
| 8/12/2016 | Tenant Move In Fee | $200.00 | | $802.38 |
| 8/12/2016 | Payment by Brandon Mason (Check #122) | | $200.00 | $602.38 |
| 8/18/2016 | Tract search and collections prep | $245.00 | | $847.38 |
| 9/1/2016 | Association fees | $182.57 | | $1,029.95 |
| 9/1/2016 | Roof & Gutters | $71.75 | | $1,101.70 |
| 9/1/2016 | Payment (Check #1512776) | | $260.00 | $841.70 |
| 10/1/2016 | Association fees | $182.57 | | $1,024.27 |
| 10/1/2016 | Roof & Gutters | $71.75 | | $1,096.02 |
| 11/1/2016 | Association fees | $182.57 | | $1,278.59 |
| 11/1/2016 | Roof & Gutters | $71.75 | | $1,350.34 |
| 11/1/2016 | Payment (Check #20497285) | | $260.00 | $1,090.34 |
| 11/16/2016 | Pet Fee | $100.00 | | $1,190.34 |
| 11/23/2016 | Charge for keys | $25.00 | | $1,215.34 |
| 11/23/2016 | Payment for key (Check #125) | | $25.00 | $1,190.34 |
| 12/1/2016 | Association fees | $182.57 | | $1,372.91 |
| 12/1/2016 | Roof & Gutters | $71.75 | | $1,444.66 |
| 12/1/2016 | Payment (Check #39129612) | | $400.00 | $1,044.66 |
| 1/1/2017 | Association fees | $195.35 | | $1,240.01 |
| 1/1/2017 | Roof & Gutters | $71.75 | | $1,311.76 |
| 1/3/2017 | Payment (Check #47811068) | | $260.00 | $1,051.76 |
| 2/1/2017 | Association fees | $195.35 | | $1,247.11 |
| 2/1/2017 | Roof & Gutters | $71.75 | | $1,318.86 |
| 2/1/2017 | Payment (Check #57217653) | | $285.00 | $1,033.86 |

FILED DATE: 1/2/2020 12:04 PM 20201700013

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 1/1/2020 | 1/2/2020 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 2/28/2017 | Payment (Check #65571162) | | $285.00 | $748.86 |
| 3/1/2017 | Association fees | $195.35 | | $944.21 |
| 3/1/2017 | Roof & Gutters | $71.75 | | $1,015.96 |
| 3/31/2017 | Payment (Check #74822272) | | $285.00 | $730.96 |
| 4/1/2017 | Association fees | $195.35 | | $926.31 |
| 4/1/2017 | Roof & Gutters | $71.75 | | $998.06 |
| 4/27/2017 | Alexander Ghattas (Tenant Move In) 5/1/17 NR | $200.00 | | $1,198.06 |
| 4/28/2017 | Payment (Check #83722040) | | $285.00 | $913.06 |
| 5/1/2017 | Association fees | $195.35 | | $1,108.41 |
| 5/1/2017 | Roof & Gutters | $71.75 | | $1,180.16 |
| 5/2/2017 | Payment (Check #224) | | $200.00 | $980.16 |
| 5/30/2017 | Payment (Check #92663348) | | $285.00 | $695.16 |
| 6/1/2017 | Association fees | $195.35 | | $890.51 |
| 6/1/2017 | Roof & Gutters | $71.75 | | $962.26 |
| 7/1/2017 | Association fees | $195.35 | | $1,157.61 |
| 7/1/2017 | Roof & Gutters | $71.75 | | $1,229.36 |
| 7/3/2017 | Payment (Check #1600087) | | $285.00 | $944.36 |
| 8/1/2017 | Association fees | $195.35 | | $1,139.71 |
| 8/1/2017 | Roof & Gutters | $71.75 | | $1,211.46 |
| 8/2/2017 | Payment (Check #10807952) | | $285.00 | $926.46 |
| 9/1/2017 | Association fees | $195.35 | | $1,121.81 |
| 9/1/2017 | Roof & Gutters | $71.75 | | $1,193.56 |
| 9/5/2017 | Payment (Check #20163003) | | $285.00 | $908.56 |
| 10/1/2017 | Association fees | $195.35 | | $1,103.91 |
| 10/1/2017 | Roof & Gutters | $71.75 | | $1,175.66 |
| 10/4/2017 | Payment by Vanessa Wereko | | $285.00 | $890.66 |
| 10/10/2017 | Payment (Check #36006266) | | $300.00 | $590.66 |
| 11/1/2017 | Association fees | $195.35 | | $786.01 |
| 11/1/2017 | Roof & Gutters | $71.75 | | $857.76 |
| 11/3/2017 | Payment by Vanessa Wereko | | $285.00 | $572.76 |
| 11/8/2017 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: Payment by Vanessa Wereko | $285.00 | | $857.76 |
| 12/1/2017 | Association fees | $195.35 | | $1,053.11 |
| 12/1/2017 | Roof & Gutters | $71.75 | | $1,124.86 |
| 12/3/2017 | Payment by Vanessa Wereko | | $285.00 | $839.86 |

FILED DATE: 1/2/2020 12:04 PM    20201700013

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 1/1/2020 | 1/2/2020 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 1/1/2018 | Association fees | $205.12 | | $1,044.98 |
| 1/1/2018 | Roof & Gutters | $71.75 | | $1,116.73 |
| 1/3/2018 | Payment by Vanessa Wereko | | $285.00 | $831.73 |
| 2/1/2018 | Association fees | $205.12 | | $1,036.85 |
| 2/1/2018 | Roof & Gutters | $71.75 | | $1,108.60 |
| 2/3/2018 | Payment by Vanessa Wereko | | $285.00 | $823.60 |
| 2/8/2018 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: Payment by Vanessa Wereko | $285.00 | | $1,108.60 |
| 3/1/2018 | Association fees | $205.12 | | $1,313.72 |
| 3/1/2018 | Roof & Gutters | $71.75 | | $1,385.47 |
| 3/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,100.47 |
| 4/1/2018 | Association fees | $205.12 | | $1,305.59 |
| 4/1/2018 | Roof & Gutters | $71.75 | | $1,377.34 |
| 4/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,092.34 |
| 5/1/2018 | Association fees | $205.12 | | $1,297.46 |
| 5/1/2018 | Roof & Gutters | $71.75 | | $1,369.21 |
| 5/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,084.21 |
| 6/1/2018 | Association fees | $205.12 | | $1,289.33 |
| 6/1/2018 | Roof & Gutters | $71.75 | | $1,361.08 |
| 6/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,076.08 |
| 6/7/2018 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: Payment by Vanessa Wereko | $285.00 | | $1,361.08 |
| 6/25/2018 | Tract Search & Collections Prep | $245.00 | | $1,606.08 |
| 6/27/2018 | Payment (Check #11352083) | | $285.00 | $1,321.08 |
| 7/1/2018 | Association fees | $205.12 | | $1,526.20 |
| 7/1/2018 | Roof & Gutters | $71.75 | | $1,597.95 |
| 7/3/2018 | Payment by Vanessa Wereko | | $285.00 | $1,312.95 |
| 7/15/2018 | Late fee | $25.00 | | $1,337.95 |
| 7/31/2018 | 8/11/2018 - Betsy Melin & Jenna Marcel move in (Tenant) | $200.00 | | $1,537.95 |
| 8/1/2018 | Association fees | $205.12 | | $1,743.07 |
| 8/1/2018 | Roof & Gutters | $71.75 | | $1,814.82 |
| 8/8/2018 | 8/11/2018 Betsy Melin & Jenna Marcel move in (Tenant) - NR (Check #4298503692) | | $200.00 | $1,614.82 |
| 8/10/2018 | Key/Fob Charge | $50.00 | | $1,664.82 |
| 8/29/2018 | Payment (Check #28519408) | | $285.00 | $1,379.82 |

FILED DATE: 1/2/2020 12:04 PM    20201700013

Statement

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 1/1/2020 | 1/2/2020 |

Page 5

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 9/1/2018 | Association fees | $205.12 | | $1,584.94 |
| 9/1/2018 | Roof & Gutters | $71.75 | | $1,656.69 |
| 9/15/2018 | Late fee | $25.00 | | $1,681.69 |
| 10/1/2018 | Association fees | $205.12 | | $1,886.81 |
| 10/1/2018 | Roof & Gutters | $71.75 | | $1,958.56 |
| 10/15/2018 | Late fee | $25.00 | | $1,983.56 |
| 11/1/2018 | Association fees | $205.12 | | $2,188.68 |
| 11/1/2018 | Roof & Gutters | $71.75 | | $2,260.43 |
| 11/15/2018 | Late fee | $25.00 | | $2,285.43 |
| 11/27/2018 | Payment (Check #56482816) | | $285.00 | $2,000.43 |
| 12/1/2018 | Association fees | $205.12 | | $2,205.55 |
| 12/1/2018 | Roof & Gutters | $71.75 | | $2,277.30 |
| 12/12/2018 | Payment (Check #63760269) | | $290.00 | $1,987.30 |
| 12/15/2018 | Late fee | $25.00 | | $2,012.30 |
| 1/1/2019 | Association fees | $205.12 | | $2,217.42 |
| 1/1/2019 | Roof & Gutters | $71.75 | | $2,289.17 |
| 1/15/2019 | Late fee | $25.00 | | $2,314.17 |
| 1/22/2019 | Payment (Check #73486003) | | $290.00 | $2,024.17 |
| 2/1/2019 | Association fees | $205.12 | | $2,229.29 |
| 2/1/2019 | Roof & Gutters | $71.75 | | $2,301.04 |
| 2/15/2019 | Late fee | $25.00 | | $2,326.04 |
| 2/26/2019 | Payment (Check #82750198) | | $285.00 | $2,041.04 |
| 3/1/2019 | Association fees | $205.12 | | $2,246.16 |
| 3/1/2019 | Roof & Gutters | $71.75 | | $2,317.91 |
| 3/15/2019 | Late fee | $25.00 | | $2,342.91 |
| 3/25/2019 | Payment (Check #90607825) | | $285.00 | $2,057.91 |
| 4/1/2019 | Association fees | $205.12 | | $2,263.03 |
| 4/1/2019 | Roof & Gutters | $71.75 | | $2,334.78 |
| 4/15/2019 | Late fee | $25.00 | | $2,359.78 |
| 4/23/2019 | Payment (Check #98305358) | | $285.00 | $2,074.78 |
| 5/1/2019 | Association fees | $205.12 | | $2,279.90 |
| 5/15/2019 | Late fee | $25.00 | | $2,304.90 |
| 6/1/2019 | Association fees | $231.78 | | $2,536.68 |
| 6/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $2,632.35 |
| 6/15/2019 | Late fee | $25.00 | | $2,657.35 |

FILED DATE: 1/2/2020 12:04 PM  20201700013

Prepared By: Westward360, Inc
4311 N Ravenswood Ave
Suite 200
Chicago, IL 60613

| Statement Period | Statement Date |
|---|---|
| 8/30/2015 - 1/1/2020 | 1/2/2020 |

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 7/1/2019 | Association fees | $231.78 | | $2,889.13 |
| 7/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $2,984.80 |
| 7/15/2019 | Late fee | $25.00 | | $3,009.80 |
| 7/25/2019 | Payment (Check #49489063) | | $350.00 | $2,659.80 |
| 7/31/2019 | 7/31/19*Tenant Betsy Melin*Move Out*NREF | $200.00 | | $2,859.80 |
| 8/1/2019 | Association fees | $231.78 | | $3,091.58 |
| 8/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $3,187.25 |
| 8/15/2019 | Late fee | $25.00 | | $3,212.25 |
| 8/26/2019 | 7/31/19*Tenant Betsy Melin*Move Out*NREF (Check #2012) | | $200.00 | $3,012.25 |
| 9/1/2019 | Association fees | $231.78 | | $3,244.03 |
| 9/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $3,339.70 |
| 9/15/2019 | Late fee | $25.00 | | $3,364.70 |
| 9/16/2019 | 9/15/19*Tenant Lindy Brewer*Move In*NREF move fee | $200.00 | | $3,564.70 |
| 9/16/2019 | Payment Liny Brewer (Check #6705110887) | | $200.00 | $3,364.70 |
| 9/16/2019 | New Tenant Processing Fee | $75.00 | | $3,439.70 |
| 9/16/2019 | Payment Lindy Brewer (Check #6705110888) | | $75.00 | $3,364.70 |
| 10/1/2019 | Association fees | $231.78 | | $3,596.48 |
| 10/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $3,692.15 |
| 10/15/2019 | Late fee | $25.00 | | $3,717.15 |
| 11/1/2019 | Association fees | $231.78 | | $3,948.93 |
| 11/1/2019 | Special Assessment 2019 (June Start, Six Months) | $95.67 | | $4,044.60 |
| 11/15/2019 | Late fee | $25.00 | | $4,069.60 |
| 11/20/2019 | Payment (Check #80535163) | | $200.00 | $3,869.60 |
| 12/1/2019 | Association fees | $231.78 | | $4,101.38 |
| 12/6/2019 | Charge: Key Replacement (storage/main 7639 entry) | $50.00 | | $4,151.38 |
| 12/15/2019 | Late fee | $25.00 | | $4,176.38 |
| 1/1/2020 | Association fees | $231.78 | | $4,408.16 |

FILED DATE: 1/2/2020 12:04 PM    20201700013

# Exhibit B

| STATE OF ILLINOIS, CIRCUIT COURT | **EVICTION ORDER** | For Court Use Only |
|---|---|---|

Cook ☑ **COUNTY**

**ENTERED**
JAN 22 2021
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

**Plaintiff** *(For example, the landlord or owner)*:
Greenview Gardens Condominium Association

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

v.

**Defendants** *(For example, the tenants or occupants)*:
Vanessa Wereko

2020 M1 700013
**Case Number**

Check the box for Unknown Occupants if it was checked on *Eviction Complaint*.

☑ **Unknown Occupants**

**Notice to Defendants:** This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:
• You have an agreement with Plaintiff that lets you stay in the property; or
• Plaintiff has agreed to dismiss this case if you move out by a certain date.

Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants.

☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them:

In 1, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

1. Plaintiff is given possession of the property located at:
7639 N. Greenview Ave,      1E
*Street address*    *Unit*
Chicago    IL    60626
*City*    *State*    *ZIP*

In 2, enter the date and time by which Defendants must move out.

2. Defendants must move out of the property on or before 3/22/2021 by ☑ 11:59 p.m.
or by ☐ _____    *Date*
*Time*

In 3, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: Vanessa Wereko
☑ Unknown Occupants

In 4, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.

4. Plaintiff is owed *(check all that apply)*: ☐ No money claimed in *Eviction Complaint*
☐ Money claim dismissed and Plaintiff may seek this money in the future
☐ Money claim dismissed and Plaintiff may not seek this money in the future
☐ $ _____ in rent or assessments
☐ $ _____ in court costs
☐ $ _____ in attorneys' fees *(if allowed)*
☐ The total judgment amount of $ _____ is entered against the following Defendants:

Sections 1-4 must be completed.

☑ The Court is not yet ruling on the money claim. Case continued to 2/4/2021    11:00
for ☐ status ☑ hearing in courtroom 1302    *Date*    *Time*
and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*.

Enter the name and contact information of the person completing this *Order*.

**Name:** Girard Law Group
**Address:** 1464 W. Webster Ave., Chicago
**Telephone #:** (312) 598-4201
**Attorney # (if any):** 44066

**ENTERED:** Judge Christ Stanley Stacey
*Date*
JAN 22 2021
Judge Circuit Court 2289

E-O 3500.2    Page 1 of 1    (12/17)

**Exhibit B**

Greenview Gardens Condominium Association, )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )
                                           )
Vanessa Wereko, Unknown Owners and Non-    )
Record Claimants,                          )
                                           )
                    Defendants.            )

**ENTERED**

**JAN 22 2021**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
JUDGE COOK COUNTY, IL

No. 2020 M1 700835

**ORDER**

This matter coming before the Court on Defendant Vanessa Wereko's Motion for Illinois Supreme Court Rule 137 Sanctions ("Motion") and for trial; Defendant Vanessa Wereko and counsel for Plaintiff being present; the Court being fully advised;

IT IS ORDERED:

Regarding the Motion:

1. Plaintiff has up to and including January 28, 2021, to file its response to the Motion; and
2. The Motion is scheduled for hearing on February 4, 2021 at 11:00 a.m. in Room 1302.

Regarding the trial:

1. A separate Eviction Order is being contemporaneously entered by the Court;
2. Enforcement of the Eviction Order is stayed for 60 days (until March 22, 2021);
3. Defendant Vanessa Wereko has up to and including January 28, 2021, to file her response to the Affidavit of Alessandro Cassano and Plaintiff's Petition for Attorneys Fees; and
4. This matter is scheduled for prove-up on amounts due and owing, including attorneys fees, on February 4, 2021;
5. Based upon the testimony in open court by defendant Wereko that she did not intend any statements in her affidavit (Defendant's Exhibit 16) to be a restrictive endorsement on her cashier's check (in the amount of $4,066.72) and based upon her representation that plaintiff's cashing of the cashier's check would not represent payment in full of the entire outstanding statement of account for the unit, and that she has no objection to the cashing of the check by plaintiff, the plaintiff may cash the cashier's check in the amount of $4,066.72 identified in defendant's Exhibits 16 and 17 without prejudice to its right to collect all amounts due.

Any pleading filed pursuant to paragraph 3 above shall also be emailed contemporaneously to christ.stacey@cookcountyil.gov.

1

Additionally,

1. The February 8, 2021 court date is stricken;
2. The hearing on February 4, 2021 at 11:00 a.m. will proceed remotely via Zoom videoconference. To attend the hearing remotely use the Zoom Meeting invitation set forth below:
   ID: 922 8830 9469
   Password: 480525

Judge Christ Stanley Stacey

JAN 22 2021

Circuit Court - 2289

ENTERED:

Prepared By:
Angela C. Wikgren
Girard Law Group
1464 W. Webster Ave.
Chicago, Illinois 60614
awikgren@girardlawgroup.com
(773) 598-4201
#44066

2

# Exhibit C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

Greenview Gardens Condominium Association,    )
                                              )
                      Plaintiff,              )
                                              )
v.                                            )    No. 2020 M1 700013
                                              )
Vanessa Wereko, Unknown Owners and Non-       )
Record Claimants,                             )
                                              )
                      Defendants.             )

## ORDER

This matter coming before the Court for continued trial and evidentiary hearings regarding money damages, including Plaintiff's Petition for Attorney's Fees and Costs; on Defendant's Motion to Vacate or Reconsider Order dated January 21, 2021; on Defendant's Motion to Strike Plaintiff's Petition for Attorney's Fees and Costs, and on Defendant's Motion for Illinois Supreme Court Rule 137 Sanctions.

Defendant Vanessa Wereko and counsel for Plaintiff being present and the Court being fully advised in the premises;

IT BE AND IS HEREBY ORDERED as follows:

1. A Money Judgment shall be awarded in the amount of $256.78 against Defendant and in favor Plaintiff *nunc pro tunc* to January 21, 2021.
2. Defendant's cashier's check dated March 16, 2020 in the amount of $4,066.72 shall be credited to Defendant's account upon receipt by Plaintiff and Defendant shall take reasonable steps to obtain a reissuance of said check. Plaintiff or Plaintiff's attorney shall sign an affidavit stating that the check was lost in an effort to assist Defendant with the reissuance of said check. Plaintiff shall bear actual costs of any reissuance of said check.
3. Defendant's Motion to Vacate or Reconsider Order entered January 21, 2021 is denied.
4. Defendant's Motion to Strike Plaintiff's Petition for Attorneys' Fees and Costs is denied.
5. An additional Money Judgment against Defendant and in favor of Plaintiff is awarded in the amount of $2,302.00 for reasonable attorneys' fees and $752.18 in costs.

Prepared By:
The Girard Law Group, P.C.
Andrew A. Girard
1464 W. Webster Ave.
Chicago, Illinois 60614
agirard@girardlawgroup.com
(773) 598-4201
#44066

Judge Christ Stanley Stacey

FEB 04 2021

Circuit Court - 2289

ENTERED

**Exhibit C**

# Exhibit D

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
1/20/2021 4:14 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20201700013

11906304

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

GREENVIEW GARDENS,       )
                              )
       Plaintiff,            )
                              )
v.                              )      No.    2020 M1 700013
                              )
WEREKO VANESSA,         )
UNKNOWN OCCUPANTS      )
                              )
       Defendants.        )

## MOTION FOR ILLINOIS SUPREME COURT RULE 137 SANCTIONS

**NOW COMES**, the Defendant, VANESSA WEREKO (hereinafter "VANESSA")

individually, pursuant to Illinois Code of Civil Procedure (735 IL CS 5/2-1203) pursuant to Illinois

Supreme Court Rules ("IL SCR") 137 and other applicable court rules and moves the Court to

sanction GREENVIEW GARDENS ("Plaintiff") and their counsel, GIRARD LAW GROUP

("Girard") and in support respectfully states as follows:

1.       On January 12, 2021, Girard represented on the record to this Court that Plaintiff's

last known address for Vanessa was "Flat 6 Bloomsburg Mansions, 1316 Russell Square, London

Wcib 5er, 1 "Flat 6 Bloomsburg Mansions, 1316 Russell Square, London Wcib 5er, 1". A copy of the

certified report of court proceedings is incorporated herein by reference as **Exhibit "A"**

2.       On January 12, 2021, Girard represented on the record to this Court that the first time

Girard and Plaintiff had any knowledge of any other address for Vanessa in the United States was on

December 29, 2020, after Vanessa's December 23, 2020 presentment of her "Two-Count Motion to

Quash Service and to Dismiss"

3.       On January 12, 2021, Girard represented on the record to this Court that they, on

behalf of Plaintiff, sent a "Notice and Demand for Possession" dated November 22, 2019 to Vanessa

at "7639 N. Greenview Ave. 1E, Chicago, IL 60626" and "Flat 6 Bloomsburg Mansions, 1316 Russell

Square, London Wcib 5er, 1"

1

**Exhibit D**

FILED DATE: 1/20/2021 4:14 PM 20201700013

4. On January 12, 2021, Girard represented on the record to this Court that one attempt was made to serve Vanessa summons of their January 2, 2020 complaint at the "7639 N. Greenview Ave. 1E, Chicago, IL 60626" and made no claims of any attempt(s) to serve Vanessa at the overseas address of "Flat 6 Bloomsburg Mansions, 1316 Russell Square, London Wcib 5er, 1"

5. On January 12, 2021, Girard did not provide this Court with any proof of service to Vanessa at any of the addresses indicated in their "Notice and Demand for Possession" nor of the Complaint per their affidavits posted in this matter on February 7, 2020, February 13, 2020 and March 5, 2020. True and correct copies of their affidavits are attached as **Exhibit "B"**

6. On January 12, 2021, Vanessa represented, on record, during the hearing on her "Two-Count Motion to Quash Service and to Dismiss" that she owns and rents the condo unit at address "7639 N. Greenview Ave., 1E, Chicago, IL 60626" ("Unit")

7. On January 12, 2021, Vanessa represented, on record, that as of November 22, 2019 and January 2, 2020, Plaintiff was in receipt of a copy of the lease informing the Unit was rented from September 15 2019 to September 30 2020 with named occupant(s) in the Unit.

8. On January 12, 2021, Vanessa represented, on record, that she resides in the United States and that Plaintiff and Plaintiff's agents had knowledge of her address in the United States to serve her proper notice and had direct communications with her and her real estate agent to perform a diligent inquiry as to her whereabouts, if they posit her last known address was overseas.

9. On December 3, 2019, following Westward's request to Vanessa to perform a check on her Unit, Vanessa sent a fax to Westward. A copy of the fax receipt and the plumber's report sent with Vanessa's address in the village of Vernon Hills in Illinois is attached as **"Exhibit "C"**

10. On March 18, 2020, when Vanessa sent a cashier's check in the amount of $4066.72 to settle what Westward, on March 11, 2020, represented was owed, the payment was received and signed by Westward and the proof of delivery, via Federal Express, has Vanessa's address in the village

of Vernon Hills in Illinois, per Vanessa's Trial Exhibit #18 (**Dx 18**)

11.     In July 2020, Vanessa contacted Girard on account of other behaviors of Westward impacting her Unit and the lack of a copy of her statement to reflect payments made to her account. USPS Proof of Delivery dated July 31, 2020 is per Vanessa's Trial Exhibits #20 and #21 (**Dx 20-21**)

12.     In the December 29, 2020 dated statement from Westward, Plaintiff confirms receipt of Checks Numbers: 2600263, 19646723, 41605558, 47223627, 39179731, 46310347, 52560960, 57296918, 66912209 on February 19, 2020, May 6, 2020, June 24, 2020, July 16, 2020, September 1, 2020, September 21, 2020, October 14, 2020, November 6, 2020, December 17, 2020 respectively, per Vanessa's Trial Exhibit # 24 (**Dx 24**).

13.     Each of the aforementioned checks show a United States address for Vanessa in the village of Vernon Hills in Illinois per Vanessa's Trial Exhibits #5 through to #15 (**Dx 5-15**)

14.     No statement or exhibits by Plaintiff in this case informs of their receipt and processing of the March 18, 2020 payment of $4066.72, seven (7) days after improper notice to Vanessa about Plaintiff's intent to take possession of her unit with no served summons of the Complaint or Notice of Demand for Possession.

15.     Illinois Supreme Court Rule 137 provides in relevant part as follows:

> "Every pleading, motion and other document of a party represented by an attorney shall be signed by at least one attorney of record in his individual name, whose address shall be stated.***The signature of an attorney or party constitutes a certificate by him that he has read the pleading, motion or other document; that to the best of his knowledge, information, and belief formed after reasonable inquiry it is well grounded in fact and is warranted by existing law or a good-faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.***If a pleading, motion, or other document is signed in violation of this rule, the court, upon motion or upon its own initiative, may impose upon the person who signed it, a represented party, or both, an appropriate sanction, which may include an order to pay to the other party or parties the amount of reasonable expenses incurred because of the filing of the pleading, motion, or other document, including a reasonable attorney fee.***" (IL SCR 137)

3

16.     Plaintiff and its attorney, Girard, at all times had access to Vanessa and agents of Vanessa to perform a due diligent inquiry as to her whereabouts. (**Dx 1-3**)

17.     Plaintiff, its agents and its attorney, Girard, at all times had access to information of Vanessa's most recent domicile address in the village of Vernon Hills in Illinois to serve her the "Notice of Demand and Possession" and the Complaint. (**Dx 1-3**)

18.     Plaintiff, its agents and its attorney, Girard, have since March 18, 2020 overpayment of the amount alleged as owed by Vanessa in its Complaint, failed to credit her account, failed to share her account statement and progressed this case before this Court to accumulate fees. (**Dx 16-21**)

**WHEREFORE**, the Defendant, VANESSA WEREKO, respectfully requests that this Honorable Court:

A.     Enter an Order that striking and dismissing the Complaint of Plaintiff;

B.     Enter an Order sanctioning Plaintiff, Greenview Gardens, and Plaintiff's attorneys, Girard Law Group, pursuant to Illinois Supreme Court Rule 137;

C.     Enter an Order granting reasonable attorneys fees and costs incurred to plead and defend this motion before this Court;

D.     For such other relief as this Honorable Court deems equitable and just under the facts and circumstances of this cause.

Respectfully Submitted,

VANESSA WEREKO

Vanessa Wereko
*Atty No. 99500 (Pro Se)*
P. O. Box 5035
Vernon Hills, IL 60061
847-450-0002 (Fax)

4

FILED DATE: 1/20/2021 4:14 PM 20201700013

**<u>CERTIFICATION</u>**

Under the penalties as provided by law pursuant to Section 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to those matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

VANESSA WEREKO

Vanessa Wereko
*Atty No. 99500 (Pro Se)*
P.O. Box 5035,
Vernon Hills, IL 60061
847-450-0002 (Fax)

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

In the Circuit Court of Cook County, Illinois, 1st Municipal District

**Greenview Gardens Condominium Association an Illinois not-for-profit corporation,**

       Plaintiff,

vs.

**Vanessa Wereko and ALL UNKNOWN OCCUPANTS,**

       Defendant.

Case No.: 2020170001

FILED
2/7/2020 5:10 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20201700013

**AFFIDAVIT OF ATTEMPTED SERVICE** 8404842

I, Cesar Corral, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc.

I have made the following attempts and have been unable to effect service of the within Summons for Trial and Verified Complaint for Possession of Condominium Unit and Assessments on Unknown Occupants for the reason(s) indicated below:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/30/2020-10:07 AM | 7639 N. Greenview Ave., Unit 1E Chicago, IL 60626 | THIS IS A LARGE SECURED APARTMENT COMPLEX OF WHICH I DO NOT HAVE ACCESS. ITä S SURROUNDED BY A GATE. THERE IS AN INTERCOM OUTSIDE THE GATE AND VANESSA WERECKO IS NOT LISTED HERE. NO ONE CAME IN OR OUT AT THIS TIME. I CANNOT GAIN ACCESS. |

Comments/Prev. Attempts: Secured complex. The defendant is not listed on the outside intercom. Even if I am able to access the main gate, each individual building has another set of secured doors. I attempted to reach the defendant by phone 2x and left messages, to date, no answer, no messages have been returned. Not listed. Unable to access.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

X                

**Cesar Corral**
License(s): Agency:117-001101

United Processing, Inc.
180 North Wabash Suite 615
Chicago, IL 60601
(312) 629-0140
**Court Date: 02/13/2020**
File #

Fees:
Non-Service      $0.00

**TOTAL:**      **$0.00**



*709531*

**EXHIBIT "A"**

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

In the Circuit Court of Cook County, Illinois, 1st Municipal District

FILED
2/7/2020 5:10 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20201700013

**Greenview Gardens Condominium Association an Illinois
not-for-profit corporation,**

              Plaintiff,

vs.

**Vanessa Wereko and ALL UNKNOWN OCCUPANTS,**

              Defendant.

Case No.: 20201700013

**AFFIDAVIT OF ATTEMPTED
SERVICE**  8404842

I, Cesar Corral, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc.

I have made the following attempts and have been unable to effect service of the within Summons for Trial and Verified
Complaint for Possession of Condominium Unit and Assessments on Vanessa Wereko for the reason(s) indicated below:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/30/2020-10:07 AM | 7639 N. Greenview Ave., Unit 1E Chicago, IL 60626 | THIS IS A LARGE SECURED APARTMENT COMPLEX OF WHICH I DO NOT HAVE ACCESS. ITâ S SURROUNDED BY A GATE. THERE IS AN INTERCOM OUTSIDE THE GATE AND VANESSA WERECKO IS NOT LISTED HERE. NO ONE CAME IN OR OUT AT THIS TIME. I CANNOT GAIN ACCESS. |

Comments/Prev. Attempts: This is a double secured apartment complex and the defendants name is not listed on the intercom
directory. While on site I attempt to call the defendant again as the defendant has not responded to the voicemail I left earlier
this week. On this occasion my call was sent to voicemail. The defendant is not listed here. Even if I get past the main gate,
each building has it own secured doors also.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the
statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

                                                  X _____
                                                  **Cesar Corral**
                                                  License(s): Agency:117-001101

United Processing, Inc.
180 North Wabash Suite 615
Chicago, IL 60601
(312) 629-0140
**Court Date: 02/13/2020**
File #

Fees:
Non-Service          $76.50

**TOTAL:**              **$76.50**



*709529*

**EXHIBIT "A"**

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

2803  Affidavit for Service by Publication
2807  Affidavit for Service by Posting

(Rev. 10/FILED) CCG 0013

**FILED**
2/13/2020 2:58 PM

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

Greenview Gardens Condominium Association

20201700013          8472617

v.

No. 2020 M1 700013

Vanessa Wereko & Unknown Occupants

Return Date: 3/5/2020

### AFFIDAVIT FOR SERVICE BY (check one)
❏ PUBLICATION  ☑ POSTING

**Pursuant to 735 ILCS 5/2-206 -service by publication: affidavit; mailing certificate**
**Pursuant to 735 ILCS 5/9-107 (Constructive Service)**

Cory Ouellette _____, on oath states as to

Defendant  Vanessa Wereko and Unknown Occupants _____ that:

1. Defendant (check ONE of the following):

    ❏  resides outside the state;
    ❏  has gone out of the state;
    ☑  cannot be found after diligent inquiry;
    ❏  is concealed within the state;
        therefore, process cannot be served upon defendant.

2. Defendant's place of residence is (check ONE of the following):

    ❏ (Address) _____

    _____
    (City)                    (State)                    (Zip)

    ☑ cannot be ascertained after diligent inquiry. His/Her last known place of residence is:

    (Address)  1316 Russell Square, Flat 6 Bloomsburg Mansion

    Bloomsbury                    London                    UK
    (City)                    (State)                    (Zip)

    Affiant: _CEOuellette / W3660_

Subscribed and sworn to before me this 13    day of February , 2020

Atty. No.: 44066

Name: The Girard Law Group, P.C.

Attorney for: Plaintiff

Address: 4311 N. Ravenswood Ave., Ste. 202

City/State/Zip: Chicago, IL 60613

Telephone: 773-598-4201

Notary Public: _[signature]_

SAMANTHA ORTMAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 8, 2023

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

EXHIBIT "A"

FILED DATE: 1/20/2021 4:14 PM    20201700013



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

| | | | | | |
|---|---|---|---|---|---|
| **CASE NUMBER:** | 20201700013 | **SHERIFF NUMBER:** | 50017385 | **MULT. SER.:** | 2 **DOC. TYPE:** POST |
| **DIE DATE:** | 03/16/2020 | **RECEIVED DATE:** | 03/10/2020 | **FILED DATE:** | 03/05/2020 |

| | | | |
|---|---|---|---|
| **DEFENDANT:** | UNKNOWN OCCUPANTS | **PLAINTIFF:** | GREENVIEW GARDENS CONDOMINIUM ASSOCIATION |
| **ADDRESS:** | 7639 N Greenview Ave 1E | **ATTORNEY:** | JOHN POWERS |
| **CITY:** | Chicago | **ADDRESS:** | 4311 N Ravenswood Ave Suite 202 |
| **STATE:** | IL | **CITY:** | CHICAGO |
| **ZIP CODE:** | 60626 | **STATE:** IL **ZIP CODE:** 60613 | |

**SERVICE INFORMATION:**

**I CERTIFY THAT THE WITHIN NOTICE WAS SERVED BY POSTING A COPY AT EACH OF THE FOLLOWING LOCATIONS:**

| | DATE: | TIME: |
|---|---|---|
| COOK COUNTY  GOVERNMENT BUILDING<br>118 N. CLARK STREET<br>CHICAGO, IL. 60602 | 03/13/2020 | 12:56:00 |
| CHICAGO CITY HALL<br>121 N. LASALLE<br>CHICAGO, IL 60602 | 03/13/2020 | 12:58:00 |
| DALEY CENTER<br>50 W. WASHINGTON - ROOM 701<br>CHICAGO, IL 60602 | 03/13/2020 | 12:49:00 |

**ALL OF WHICH ARE PUBLIC PLACES IN THE NEIGHBORHOOD OF THE NAMED COURT AND MUNICIPALITY. ALSO ON THE SAME DAY, ONE COPY OF THE NOTICE WAS MAILED TO THE DEFENDANT AT THE ADDRESSS LISTED ABOVE.**

**THE WITHIN NOTICE WAS NOT POSTED FOR THE GIVEN REASON BELOW:**

☐ (01) RECEIVED TOO LATE TO POST

☐ (02) OTHER REASON (EXPLAIN)

EXPLANATION:

_____
(IF NOT POSTED)

THIS _____ DAY OF _____ , 20 _____    TIME: _____ A.M / P.M

THOMAS J, DART,
SHERIFF, BY: /S/    HALVORSON, KYLE #10446 _____ , DEPUTY

BJU444R

**EXHIBIT "A"**

# Fax Message Transmission Result to +1 (773) 5720901 - Sent

December 3, 2019 at 7:28 PM

From RingCentral

To VANESSA WEREKO



FILED DATE: 1/20/2021 4:14 PM    2020170000013

 Fax Transmission Result

Here are the results of the 3-page fax you sent from your phone number **(847) 450-0002**

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| Westward Management | +1 (773) 5720901 | Tuesday, December 03, 2019 at 7:28 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| 2019.12.03 Faxed Letter to Westward Management –Signed.pdf | Success |

View this message on your RingCentral app.

Thank you for using RingCentral!

Glip - your online destination for teams to work, share, track projects and communicate. **Get started**

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2019 RingCentral, Inc. All rights reserved. RingCentral is a registered trademark of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**EXHIBIT "B"**

FILED DATE: 1/20/2021 4:14 PM  20201700013

# FAX

| Date: | 12/03/2019 |
|---|---|

| Pages including cover sheet: | 3 |
|---|---|

| **To:** | Westward Management |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Phone** | *(773) 572-0901* |

| **From:** | VANESSA WEREKO |
|---|---|
| | |
| | PO Box 5035 |
| | VERNON HILLS |
| | IL          60061 |
| | |
| **Phone** | 18476377142 |
| **Fax Phone** | 18474500002 |

## NOTE:

```
This  fax message contains three (3) pages in all:

* This cover page (1 page)
* Letter to Westward Management Dated December 3, 2019 (2 pages)

Thank you,

Vanessa
```

EXHIBIT "B"

FILED DATE: 1/20/2021 4:14 PM   20201700013

P. O. Box 5035,
Vernon Hills, IL 60061

847-637-7142 tel.
847-450-0002 fax.

December 3, 2019
*Via Fax*

4311 N Ravenswood Ave.,
Suite 201,
Chicago, IL 60613
Fax: 773-572-0901
Email: info@westwardmanagement.com

### RE: 7639 N. Greenview Ave. Unit 1E, Chicago IL 60626

Dear Westward Management,

Pursuant to the series of emails first initiated on November 4, 2019 by Westward Management's Sierra McDonough, on November 6, 2019, I gained access to my unit with J Blanton Plumbing and enclosed with this letter is their letter of finding.

I procured plumbing services to inspect the HVAC unit primarily but also to conduct an inspection of the unit where pipes and drainage exist. No issues were found consistent with prior inspection findings by other third parties with or without inhabitants in the unit.

As prior communicated to Westward Management, the issue of Unit A appears to be an infrastructure issue that requires appropriate due diligence by Westward Management without the constant burden and responsibility placed on me just by virtue of the location of my unit. My unit is not responsible for what runs within the concrete above Unit A; that is a matter for the condominium association.

With this letter and following a series of cooperative attempts on my part, at cost, to deal with the complaint from Unit A as an emergency, I will be pursuing no further efforts.

As it relates to the matter of my storage unit (#8) as assigned to me over ten (10) years ago, pursuant to Westward Management's Corey Ouellette's email dated November 18, 2019, I will procure my own services to break the lock and remove the two(2) bikes therein to reclaim my storage unit.

Respectfully Submitted,

**Vanessa Wereko**

Enclosures

EXHIBIT "B"



**J Blanton Plumbing**
**5126 N Ravenswood Ave, Chicago, IL 60640**
**United States**
**(773) 724-9272**

**Invoice** 12835537
**Invoice Date** 11/6/2019
**Completed Date** 11/6/2019
**Customer PO**

FILED DATE: 1/20/2021 4:14 PM     20201700013

**Billing Address**
Vanessa Wereko
675 Lakeview Parkway #5035
Vernon Hills, IL 60061 USA

**Job Address**
Vanessa Wereko
7639 North Greenview
Avenue #1E
Chicago, IL 60626 USA

**Description of Work**

Service furnace and no problems found

| Task # | Description | Quantity | Your Price | Your Total |
|--------|-------------|----------|------------|------------|
| MC79 | WH & Furnace Maintenance | 1.00 | $79.00 | $79.00 |

**Potential Savings** $0.00

**Sub-Total** $79.00
**Tax** $0.00

**Total Due** $79.00

**Balance Due** $79.00

Thank you for choosing J Blanton Plumbing-Heating-Air Conditioning

This invoice is agreed and acknowledged. Payment is due upon receipt. A service fee will be charged for any returned checks, and a financing charge of 1% per month shall be applied for overdue amounts. There will be a 5% reimbursement charge for canceled jobs. There will be a 5% reimbursement charge for canceled jobs.



11/6/2019
I have inspected all of the work done by J. Blanton Plumbing pursuant to the contract terms agreed by me at Vanessa Wereko . I find that all work has been completed in a satisfactory and workmanlike manner. I have been given the opportunity to address concerns and/or discrepancies in the work provided, and I either have no such concerns or have found no discrepancies or they have been addressed by [the contractor] to my satisfaction. My signature here signifies my full and final acceptance of all work performed by the contractor pursuant to the contract as agreed.

11/6/2019

**EXHIBIT "B"**