# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **VANESSA WEREKO**, in her individual capacity | ) | |
| *Plaintiff,*      vs. | ) | |
| | ) | |
| **WESTWARD360,** Property Management Company, | ) | |
| | ) | |
| **ERIC STASZCZAK**, Executive VP for Westward360, | ) | |
| | ) | **Case No. 1:23-cv-651** |
| **ANDREW GIRARD,** The Girard Law Group PC, | ) | |
| | ) | |
| **BOARD OF GREENVIEW GARDENS** | ) | **Judge: PACOLD** |
| **CONDOMINIUM ASSOCIATION:** | ) | |
|     **CEDTRICE R. BAKER**, President | ) | **Magistrate: COLE** |
|     **DEREK SMITH**, Treasurer | ) | |
|     **LILIAN ANN KHATTER**, Secretary, | ) | |
| | ) | |
| **JAMES R. WRIGHT,** Associate Judge in Cook County, | ) | **Demand for Jury Trial** |
| | ) | |
| **E. KENNETH WRIGHT Jr.**, Judge in Cook County, | ) | |
| | ) | |
| **CHRIST STACEY**, Judge in Cook County, | ) | |
| | ) | |
| **GRETCHEN L. PETERSON**, Clerk of Court-Cook County, | ) | |
| | ) | |
| **RICARDO LUGO**, Clerk of Court-Cook County, | ) | |
| | ) | |
| **MATTHIAS DELORT**, Justice in 1st Dist. Appeals Court, | ) | |
| | ) | |
| **MAUREEN CONNORS**, Justice in 1st Dist. Appeals Court, | ) | |
| | ) | |
| **LEROY K. MARTIN JR.**, Justice in 1st Dist. Appeals Court, | ) | |
| | ) | |
| **JESSE G. REYES,** Justice in 1st Dist. Appeals Court, | ) | |
| | ) | |
| **JAMES L. BENNETT**, Director, IL Human Rights Dept., | ) | |
| | ) | |
| **ANGELA WAGNER**, Investigator, IL Human Rights Dept., | ) | |
| | ) | |
|     *Defendants.* | ) | |

## <u>NOTICE OF FILING AND CERTIFICATE OF SERVICE</u>

TO: Parties of record.

PLEASE TAKE NOTICE that on **April 3, 2023**, the undersigned filed electronically "Plaintiff's Motion for a Pretrial Conference or Modification of Schedule in Compliance to Fed.R.Civ.P. 16 and LR 26.1" (ECF 69) with the Clerk of Court for the Northern District of Illinois, Eastern Division located at 219 S. Dearborn Street, Chicago, Illinois, 60604.

Respectfully Submitted,

/s/ Vanessa Wereko

VANESSA WEREKO
675 Lakeview Pkwy #5035
Vernon Hills, IL 60061
Main No.: 847-637-7142
Email: werekovb@me.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies pursuant to 28 U.S.C. §1746 that a copy of this notice, referenced pleading were filed using the Clerk of Court for the Northern District of Illinois, Eastern Division's Electronic Case Filing system on **April 3, 2023** which provides direct notification of the same to the above-referenced parties of record when an appearance has been filed, as provided below.

| | |
|---|---|
| **Vanessa Wereko**<br>675 Lakeview Pkwy #5035<br>Vernon Hills, IL 60061<br>werekovb@me.com<br>(*Plaintiff - Pro Se*) | **Tanya Kristina Bouley**<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, IL 60601<br>tanya.bouley@ilag.gov<br>(*For: James L. Bennett, Maureen Connors, Matthias Delort, Leroy K. Martin Jr., Jesse G. Reyes, Christ Stacey, Angela Wagner, James R. Wright, E. Kenneth Wright Jr.*) |
| **William B. Oberts**<br>**Ryan J. Reguly**<br>Tribler Orpett & Meyer P.C.<br>225 West Washington, Suite 2550<br>Chicago, IL 60606-2418<br>wboberts@tribler.com<br>rjreguly@tribler.com<br>(*For: Andrew Girard*) | **Edward M. Brener**<br>Cook County State Attorney's Office<br>50 West Washington Street, Room 500<br>Chicago, IL 60602<br>edward.brener@cookcountyil.gov<br>(*For: Gretchen L. Peterson*) |

Executed On: April 3, 2023

/s/ Vanessa Wereko

VANESSA WEREKO
675 Lakeview Pkwy #5035
Vernon Hills, IL 60061
Main No.: 847-637-7142
Email: werekovb@me.com